**IN RE: William H. RADCLIFFE,**
**Appellant**

**2017-1069**

United States Court of Appeals, Federal Circuit.

September 8, 2017

MATHEW PERRONE, JR., Law Office of Mathew R. P. Perrone, Jr., Algonquin, IL, argued for appellant.

AMY J. NELSON, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Joseph Matal. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, JEREMIAH HELM.

(Moore, Chen, and Hughes, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**